**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :   No. 263 MAL 2021
:
Respondent                        :
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
v.                                :
:
:
ROBERT TIRRELLE DEVANTE CAREY,     :
:
Petitioner                        :


## ORDER


**PER CURIAM**

    **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.